**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.    CASE NO: 6:07-cr-55-ACC-GJK

**ALONZIA MARQUESCONTRELL PHILLIPS**

---

**REPORT AND RECOMMENDATION**

Pursuant to Local Rule 1.02, and *In re: Authority of United States Magistrate Judges of the Middle District of Florida*, Case No. 8:20-mc-100-T-23 (October 29, 2020), on March 22, 2022, I conducted a final revocation hearing on the Petition for Warrant or Summons for Offender Under Supervision filed August 18, 2021. In the Petition, Probation Officer Chris Davis alleges that the Defendant violated:

> 4. **Failure to comply with the Home Detention Program in violation of the Special Condition:** On August 8, 2021, the defendant left his residence at 3:31 p.m. without the prior approval of the Probation Officer. The defendant's whereabouts are currently unknown.

The Defendant admitted to the violation 4 set forth in the Petition. The Government has advised that the violations in paragraphs 1-3 and 5-6 will be dismissed. Thus, I find that the Defendant violated the Defendant's conditions of release, and I recommend entry of an Order to Show Cause why the Defendant's supervision should not be revoked. The Defendant is in custody of the U.S. Marshal pending sentencing. The parties request expedited scheduling of sentencing.

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on this 22nd day of March, 2022.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE