## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:07-cr-55-ACC-GJK**

**ALONZIA MARQUESCONTRELL
PHILLIPS**

_____

### ORDER AND NOTICE
### OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 112),

entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant

to Local Rule 6.01(c)(16) on March 22, 2022.

After an independent *de novo* review of the record in this matter, and noting that no

objections were filed, the Court agrees entirely with the findings of fact and conclusions of law

in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.       The Report and Recommendation entered March 22, 2022 (Doc. No. 112), is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.       The case has been set for final hearing on **Tuesday, April 12, 2022, at 9:15

A.M.**, by Zoom.   The Defendant shall appear and shall show cause why supervised release

should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 8, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Probation Office